UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERALD ALIMEHMETI,<br><br>      Defendant. | **Application for**<br>**Order of Continuance**<br><br>**24 MAG 4087** |

STATE OF NEW YORK            )
COUNTY OF NEW YORK         ) ss.
SOUTHERN DISTRICT OF NEW YORK    )

JANE CHONG, pursuant to 28 U.S.C. §1746, hereby affirms the truth of the following under penalties of perjury:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York.  I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).  This is the third order of continuance that has been sought in this case.

2.     The defendant was charged in a complaint, dated November 21, 2024, with attempted provision of material support and resources to a designated foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339B, 3238 and 2 and distribution of information relating to explosives, destructive devices, and weapons of mass destruction, in violation of Title 18, United States Code, Sections 842(p), 3238 and 2.  On November 21, 2024, the defendant was arrested and on November 22, 2024, he was presented before Magistrate Judge Stewart D. Aaron, who ordered the defendant detained on consent.  The defendant is represented by Raymond E. Gazer, Esq.  Magistrate Judge Aaron set a deadline to conduct the preliminary hearing within 30 days of presentment on December 23, 2024.

1

3.      On December 23, 2024, Magistrate Judge Sarah Netburn entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time to file an indictment or information until January 22, 2025.

4.      On January 21, 2025, Magistrate Judge Sarah L. Cave entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time to file an indictment or information until February 21, 2025.

5.      Defense counsel and the Government are engaged in discussions concerning the disposition of the case, but we do not anticipate a resolution before the deadline under Rule 5.1 and under the Speedy Trial Act.

6.      Therefore, the Government is requesting a 30-day continuance until March 24, 2025. Defense counsel consented to this request by phone on February 13, 2025.

7.      Andrew Dember, Deputy Chief of the Criminal Division, has approved this application.

8.      For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  New York, New York
         February 20, 2025

_____
Jane Chong
Assistant United States Attorney
212-637-2263